Court of Appeals for the Sixth Circuit denied. *Harry B. Miller* for petitioners. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 403. CHRISTIE *v.* COHAN ET AL., EXECUTORS, ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Max R. Simon* for petitioner. *Howard E. Reinheimer, Morris L. Ernst* and *Harriet F. Pilpel* for respondents.

No. 408. ORTON ET AL. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Helen W. Munsert* for petitioners. *A. N. Whitlock* and *M. L. Bluhm* for Scandrett et al., and *Kenneth F. Burgess* and *Fred N. Oliver* for the Reorganization Committee, respondents.

No. 411. HERMAN *v.* NEW YORK EX REL. FITZGERALD. October 14, 1946. Petition for writ of certiorari to the Appellate Division, Supreme Court, First Judicial Department, of New York, denied. *Sol A. Herzog* for petitioner. *John J. Bennett* for respondent.

No. 420. DOBBINS *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *James A. Cobb* and *George E. C. Hayes* for petitioner.

*Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 421. STANDARD OIL CO. OF LOUISIANA ET AL. *v.* THE KONGO ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Wm. Marshall Bullitt, Chas. G. Middleton* and *Louis Seelbach* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney, Oscar H. Davis, John D. Goodloe, Max Hersh* and *George H. Terriberry* for respondents.

No. 423. W. E. HEDGER TRANSPORTATION CORP. *v.* IRA S. BUSHEY & SONS, INC. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Horace M. Gray* for petitioner. *Christopher E. Heckman* for respondent.

No. 426. WESTERN AIRLINES, INC. *v.* BRATT ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Arthur E. Moreton* for petitioner. *William H. DeParcq* and *Parnell Black* for respondents.

No. 428. COMMISSIONER OF INTERNAL REVENUE *v.* BECK ET AL., TRUSTEES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General McGrath* for petitioner.